Michael RADFORD, Movant/Appellant,

v.

STATE of Missouri, et al., Plaintiff/Respondent.

No. 64241.

Missouri Court of Appeals, Eastern District, Division One.

March 15, 1994.

Michael Radford, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for plaintiff, respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Movant appeals from the denial of his Rule 24.035 motion as untimely filed. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.-16(b).